FILED
2013 Oct-23 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CHERYL BISHOP,** | } | |
| **Plaintiff,** | } | |
| v. | } | **CASE NO: 2:13-cv-708-KOB** |
| **CITIBANK NA,** | } | |
| **Defendant.** | } | |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, DISMISSES this case WITHOUT PREJUDICE to reinstatement if any party represents to the court on or before December 20, 2013, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 23rd October, 2013.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE